the Office of the Clerk, the attached exhibit, and any other evidence the Court may consider in the event of a hearing.

Dated this 23rd day of March 2012 A.D.

Respectfully submitted *without prejudice*

_____
ROBERT A. SMITH
Pro se

5/21/12

Denied. The property defendant references as "newly discovered evidence" was not seized as part of this case. It was seized on 5/8/09 in Las Vegas as part of an unrelated investigation. Therefore, this court has no jurisdiction over the property seized in Las Vegas.

*Doretta F. Ambrose*